# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 28, 2013

146538

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

_____

IN RE RAYMOND A. AND SUZANNE
ELAINE NOWAK REVOCABLE
LIVING TRUST,

_____

LORRAINE ANN READER,
      Appellee,

v

DENNIS LAFAVE and JEAN LAFAVE,
as Trustees of the RAYMOND A. AND
SUZANNE ELAINE NOWAK
REVOCABLE LIVING TRUST,
      Appellants.

SC: 146538
COA: 298212
Kent CC: 08-185901-TV

_____/

     On order of the Court, the application for leave to appeal the December 6, 2012 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



     I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 28, 2013



h0520

         Clerk